

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00421-CR

| | | |
|---|---|---|
| JEFFREY DEMON RILES, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | of Tarrant County (1551892D) |
| V. | § | September 23, 2021 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed in part and reversed in part. We affirm the trial court's judgment as to count two (aggravated robbery with a deadly weapon). We reverse the trial court's judgment as to count one (engaging in organized criminal activity), and we render a judgment of acquittal on that count.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr